Cite as 2022 Ark. 15
# SUPREME COURT OF ARKANSAS

IN RE ADMINISTRATIVE PLANS FOR
CIRCUIT COURTS

**Opinion Delivered:** January 27, 2022

## PER CURIAM

Administrative Order No. 14 requires an administrative plan to facilitate the best use of available judicial and support resources within each district so that cases will be resolved in an efficient and prompt manner. Today, we approve the administrative plans submitted for the following circuit courts: Fifth Circuit, Seventh Circuit, Fifteenth Circuit, Eighteenth-East Circuit, and Nineteenth-East Circuit.

The administrative plans for these circuits are effective as of January 1, 2022.